UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,

                                Plaintiff,

  -v.-

JEVO, INC. D/B/A/ PHYSIQUE 57

                                Defendants.
---------------------------------------------------------------

Civil Action No:
1:22-cv-7776

## **JOINT STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant Jevo, Inc. d/b/a Physique 57 that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 14, 2023

| For Plaintiff Daniel Rodriguez | For Defendant Jevo, Inc. d/b/a Physique 57 |
|---|---|
| *s/Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | *s/Alexander William Bogdan* <br> Alexander William Bogdan <br> Fox Rothschild LLP <br> 101 Park Ave Ste 17th floor <br> New York, NY 10178 <br> Ph: (212) 878-7941 <br> abogdan@foxrothschild.com |

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Mark Rozenberg*
                                               Mark Rozenberg
                                               **Stein Saks, PLLC**
                                               *Attorneys for Plaintiff*